UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIMBLE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITY SOFTWARE INC.,<br><br>        Defendant. | Case No. 25-cv-10401-HSG<br><br>**ORDER DIRECTING RESPONSE TO PLAINTIFF'S EX PARTE MOTION AND SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 11 |

On Thursday, December 4, 2025, Plaintiff Trimble Inc. filed a complaint regarding a business dispute with Defendant Unity Software Inc. Plaintiff alleges that Defendant has engaged in conduct that constitutes breach of contract, breach of the covenant of good faith and fair dealing, and tortious interference with contracts, and Plaintiff seeks declaratory relief. Dkt. No. 1. Counsel indicates that on December 4, 2025, he provided notice by email of the complaint and a copy of Plaintiff's contemplated motion for a TRO, including all exhibits and supporting documents, to Jennifer Nageotte, Director, Associate General Counsel for Defendant Unity Software. Dkt. No. 11-1 at 2. The next day, Plaintiff filed an *ex parte* motion for a temporary restraining order. Dkt. No. 11.

The Court **DIRECTS** Defendant to file a response to the TRO by 5:00 p.m. on Thursday, December 11, 2025. Petitioner may file a reply by 3:00 p.m. on Friday, December 12, 2025. The motion will be deemed submitted at that time unless otherwise ordered by the Court. Plaintiff is **DIRECTED** to serve this Order via email on Jennifer Nageotte, Director, Associate General Counsel for Defendant Unity Software, jenniferna@unity3d.com, no later than 2 p.m. today, December 8, 2025.

**IT IS SO ORDERED.**

Dated:  December 8, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge