PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
ZACHARY A. MALDONADO (CA SBN 328639)
ZMaldonado@mofo.com
MATTHEW J. WYATT (CA SBN 343074)
MWyatt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

ADAM J. HUNT (*pro hac vice*)
AdamHunt@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Attorneys for Defendant
UNITY SOFTWARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Trimble Inc.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Unity Software Inc.<br><br>　　　　　Defendant. | Case No. 4:25-cv-10401-HSG<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT UNITY SOFTWARE INC.'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Current deadline: December 26, 2025<br>Proposed deadline: January 29, 2026<br><br>Complaint filed: December 4, 2025 |

1    Plaintiff Trimble Inc. and Defendant Unity Software Inc., by and through their respective
2    attorneys of record, hereby stipulate and agree as follows:
3    WHEREAS, Trimble filed the Complaint on December 4, 2025 (ECF No. 1) and served
4    the Complaint on Unity on December 5, 2025 (ECF No. 10);
5    WHEREAS, Trimble filed an *Ex Parte* Motion for (1) Temporary Restraining Order and
6    (2) Order to Show Cause Re Preliminary Injunction (the "TRO") on December 5, 2025 (ECF No.
7    11);
8    WHEREAS, Unity's current deadline to respond to the Complaint is December 26, 2025;
9    WHEREAS, concurrently with its opposition to Trimble's TRO (ECF No. 16), Unity filed
10   a Motion to Compel Arbitration and Stay the Action on December 11, 2025, noticed for February
11   12, 2026 (ECF No. 17), which the Court continued to February 19 (ECF No. 26);
12   WHEREAS, on December 19, 2025, the Court denied Trimble's TRO (ECF No. 25);
13   WHEREAS, in light of the upcoming holidays, the parties agree that Unity's deadline to
14   respond to the Complaint should be extended to and including January 29, 2026;
15   WHEREAS, the parties intend to meet and confer to discuss regarding Unity's motion to
16   compel and Plaintiff's potential motion for a preliminary injunction;
17   WHEREAS, Unity expressly reserves its right to seek a further extension of its responsive
18   pleading deadline, if necessary;
19   WHEREAS, the parties agree that this stipulation and requested extension does not
20   constitute a waiver of any arguments raised in Unity's Motion to Compel Arbitration, and Unity
21   expressly reserves its right to enforce the arbitration agreement in the parties' contract;
22   WHEREAS, the parties agree that this stipulation and requested extension shall not be
23   used as a basis to oppose preliminary injunctive relief, should Trimble make such a motion;
24   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
25   the parties through their undersigned counsel, that Unity's deadline to respond to the Complaint is
26   extended to and including January 29, 2026.  This extension does not affect any other deadlines
27   set by the Court.
28   ///

| | | |
|---|---|---|
| 1 | Dated: December 22, 2025 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ *Purvi G. Patel* |
| 4 | | Purvi G. Patel<br>**Attorneys for Defendant Unity Software Inc.** |
| 5 | | |
| 6 | Dated: December 22, 2025 | GREENBERG TRAURIG LLP |
| 7 | | |
| 8 | | By: /s/ *David Bloch* |
| 9 | | David Bloch<br>**Attorneys for Plaintiff Trimble Inc.** |

**ATTESTATION**

I, Purvi Patel, attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

Dated: December 22, 2025                    */s/ Purvi G. Patel*
                                            Purvi G. Patel

3

**ORDER**

In accordance with the parties' stipulation, IT IS HEREBY ORDERED that the time for Defendant Unity Software Inc. to respond to the Complaint is extended to and including January 29, 2026.

Dated:  12/23/2025

The Honorable Haywood S. Gilliam, Jr.
United States District Judge